AO257 (USAO Rev 04/21)                                                                                                              18 U.S.C. § 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

New Case? ☐ Yes ☒ No  
New Defendant? ☐ Yes ☒ No  
Case Number: **21-CR-102-CVE**  
Defendant Number: **1**

**ACCUSATORY INSTRUMENT INFORMATION:**

Type: **INDICTMENT**  
Level: ☐ Petty ☐ Misdemeanor ☒ Felony  
Superseding? ☒ Yes ☐ No  
Is it to be sealed? ☐ Yes ☒ No  
Place of offense: **NDOK**  
County in which first offense occurred: **Delaware County, OK**  
Name and office of person furnishing information on this form: **Kortni Barton, Legal Asst.**  
☒ U.S. Attorney ☐ Other Agency  
Name of assistant U.S. attorney: **Thomas E. Duncombe**  
Name of complainant agency, or person (& title, if any): **Billy J. Stites, DEA**

**DEFENDANT INFORMATION:**

Name: **William Donovan Johnson III, a/k/a "Billy Johnson"**  
Address: **26371 S. 650 Road**  
City/State/Zip: **Grove, OK 74344**  
Date of Birth: **12/6/1974**  
SSN: **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**  
Juvenile? ☐ Yes ☒ No  
Gender: ☐ Female ☒ Male  
Alien Status: ☐ Alien ☒ Not Alien  
Interpreter Required? ☐ Yes ☒ No ☐ Unknown  
IF YES, list language and/or dialect:

**PROCEEDING:**

☐ Person is awaiting trial in the following court:

☐ Person/proceeding transferred from another district:  
per FRCrP ☐ 20 ☐ 21 ☐ 40  
District:

☐ This is prosecution of charges previously dismissed  
on the motion of ☐ Defense ☐ U.S. Attorney  
under case number:

☐ Prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under case number:

List any other related cases:

☐ This report amends the AO257 previously submitted.

**DEFENDANT:**

☐ IS NOT IN CUSTODY and:  
  ☐ Has not been arrested, pending outcome of this proceeding  
  ☐ Is a fugitive  
  ☐ Is on bail or release from the following district:

☒ IS IN CUSTODY:  
  ☐ On this charge  
  ☐ On another conviction: ☐ State ☐ Federal  
  ☒ Awaiting trial on other charges: ☐ State ☒ Federal  
  If on another conviction or awaiting trial on other charges, show name of institution: **Western District of Missouri**  
Detainer filed? ☐ No ☐ Yes → Date filed:  
Date of arrest:  
Or, if arresting agency & warrant were not Federal, provide date transferred to U.S. custody:

U.S.C. CITATION/OFFENSE CHARGED: **COUNT 1: 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy; COUNTS 2 and 3: 21 U.S.C. §§ 856(a)(1) and 856(b) – Maintaining a Drug-Involved Premises; COUNT 7: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession of Methamphetamine with Intent to Distribute; COUNT 8: 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy; 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 – Drug and Racketeering Forfeiture**

LEVEL OF OFFENSE: **COUNTS 1 through 3, 7 and 8: Felony**

DATE OF OFFENSE: **COUNTS 1 through 3: Beginning as early as in or about September 2020 and continuing until on or about October 10, 2020; COUNT 7: On or about May 31, 2019; COUNT 8: Beginning on or about May 31 and continuing until on or about June 1, 2019**

PENALTIES: **COUNTS 1, 7 and 8: Not less than 10 years imprisonment or more than life imprisonment, a fine not to exceed $10,000,000, at least 5 years supervised release; COUNTS 2 and 3: Not more than 20 years imprisonment, a fine not to exceed $500,000, not more than 3 years supervised release**

SMA: **$100 per count**

AO257 (USAO Rev 04/21)     18 U.S.C. § 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

New Case? ☐ Yes ☒ No
New Defendant? ☐ Yes ☒ No
Case Number: **21-CR-102-CVE**
Defendant Number: **2**

**ACCUSATORY INSTRUMENT INFORMATION:**
- Type: **INDICTMENT**
- Level: ☐ Petty ☐ Misdemeanor ☒ Felony
- Superseding? ☒ Yes ☐ No
- Is it to be sealed? ☐ Yes ☒ No
- Place of offense: **NDOK**
- County in which first offense occurred: **Delaware County, OK**
- Name and office of person furnishing information on this form: **Kortni Barton, Legal Asst.** ☒ U.S. Attorney ☐ Other Agency
- Name of assistant U.S. attorney: **Thomas E. Duncombe**
- Name of complainant agency, or person (& title, if any): **Billy J. Stites, DEA**

**DEFENDANT INFORMATION:**
- Name: **David Scott Chambers, a/k/a "Scott Chambers"**
- Address: **5957 S. Kimbrough Ave**
- City/State/Zip: **Springfield, MO 65810**
- Date of Birth: **02/1/1969**
- SSN: **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**
- Juvenile? ☐ Yes ☒ No
- Gender: ☐ Female ☒ Male
- Alien Status: ☐ Alien ☒ Not Alien
- Interpreter Required? ☐ Yes ☒ No ☐ Unknown
- IF YES, list language and/or dialect:

**PROCEEDING:**
- ☒ Person is awaiting trial in the following court: **Delaware County District Court, CF-2020-00202A**
- ☐ Person/proceeding transferred from another district: per FRCrP ☐ 20 ☐ 21 ☐ 40 District:
- ☐ This is prosecution of charges previously dismissed on the motion of ☐ Defense ☐ U.S. Attorney under case number:
- ☐ Prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under case number:
- List any other related cases:
- ☐ This report amends the AO257 previously submitted.

**DEFENDANT:**
- ☐ IS NOT IN CUSTODY and:
  - ☐ Has not been arrested, pending outcome of this proceeding
  - ☐ Is a fugitive
  - ☐ Is on bail or release from the following district:
- ☒ IS IN CUSTODY:
  - ☐ On this charge
  - ☐ On another conviction: ☐ State ☐ Federal
  - ☒ Awaiting trial on other charges: ☒ State ☐ Federal
  - If on another conviction or awaiting trial on other charges, show name of institution: **St. Clair County Jail**
- Detainer filed? ☐ No ☐ Yes → Date filed:
- Date of arrest:
- Or, if arresting agency & warrant were not Federal, provide date transferred to U.S. custody:

---

**U.S.C. CITATION/OFFENSE CHARGED:** COUNT 1: 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy; COUNT 4: 18 U.S.C. § 1952(a)(3) – Interstate Travel to Aid Racketeering; 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 – Drug and Racketeering Forfeiture

**LEVEL OF OFFENSE:** COUNTS 1 and 4: Felony

*TED*

**DATE OF OFFENSE:** COUNT 1: Beginning as early as in or about September 2020 and continuing until on or about October 10, 2020; COUNT 4: On or about October 10, 2020

**PENALTIES:** COUNT 1: Not less than 10 years imprisonment or more than life imprisonment, a fine not to exceed $10,000,000, at least 5 years supervised release; COUNT 4: Not more than 5 years imprisonment, a fine not to exceed $250,000, not more than 3 years supervised release

**SMA:** $100 per count

AO257 (USAO Rev 04/21)                                                                18 U.S.C. § 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION**
**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

New Case? ☐ Yes ☒ No                 Case Number: **21-CR-102-CVE**
New Defendant? ☐ Yes ☒ No         Defendant Number: **3**

| ACCUSATORY INSTRUMENT INFORMATION: | DEFENDANT INFORMATION: |
|---|---|
| Type: **INDICTMENT**<br>Level: ☐ Petty ☐ Misdemeanor ☒ Felony<br>Superseding? ☒ Yes ☐ No<br>Is it to be sealed? ☐ Yes ☒ No<br>Place of offense: **NDOK**<br>County in which first offense occurred:<br>   **Delaware County, OK**<br>Name and office of person furnishing information on this form:<br>   **Kortni Barton, Legal Asst.**<br>   ☒ U.S. Attorney ☐ Other Agency<br>Name of assistant U.S. attorney:<br>   **Thomas E. Duncombe**<br>Name of complainant agency, or person (& title, if any):<br>   **Billy J. Stites, DEA** | Name: **Gene Olen Charles Rast**<br>Address: **122 Rolling Hill Road**<br>City/State/Zip: **Elkland, MO 65644**<br>Date of Birth: **10/1/1974**<br>SSN: **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**<br>Juvenile? ☐ Yes ☒ No<br>Gender: ☐ Female ☒ Male<br>Alien Status: ☐ Alien ☒ Not Alien<br>Interpreter Required? ☐ Yes ☒ No ☐ Unknown<br>IF YES, list language and/or dialect: |
| **PROCEEDING:** | **DEFENDANT:** |
| ☐ Person is awaiting trial in the following court:<br><br>☐ Person/proceeding transferred from another district:<br>   per FRCrP ☐ 20 ☐ 21 ☐ 40<br>   District:<br>☐ This is prosecution of charges previously dismissed<br>   on the motion of ☐ Defense ☐ U.S. Attorney<br>   under case number:<br>☐ Prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under case number:<br><br>List any other related cases:<br><br>☐ This report amends the AO257 previously submitted. | ☐ IS NOT IN CUSTODY and:<br>   ☐ Has not been arrested, pending outcome of this proceeding<br>   ☐ Is a fugitive<br>   ☐ Is on bail or release from the following district:<br><br>☒ IS IN CUSTODY:<br>   ☒ On this charge<br>   ☐ On another conviction: ☐ State ☐ Federal<br>   ☐ Awaiting trial on other charges: ☐ State ☐ Federal<br>If on another conviction or awaiting trial on other charges, show name of institution:<br>Detainer filed? ☐ No ☐ Yes → Date filed:<br>Date of arrest:<br>Or, if arresting agency & warrant were not Federal, provide date transferred to U.S. custody: |

U.S.C. CITATION/OFFENSE CHARGED: **COUNT 5: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Possession of Methamphetamine with Intent to Distribute; COUNT 6: 18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

LEVEL OF OFFENSE: **COUNTS 5 and 6: Felony**

*TED*

DATE OF OFFENSE: **COUNTS 5 and 6: On or about October 12, 2020**

PENALTIES: **COUNT 5: Not less than 5 years imprisonment or more than 40 years imprisonment, a fine not to exceed $5,000,000, at least 4 years supervised release; COUNT 6: Not less than 5 years imprisonment or more than life imprisonment, to run consecutively to any other sentence, a fine not to exceed $250,000, not more than 5 years supervised release**

SMA: **$100 per count**

AO257 (USAO Rev 04/21)  18 U.S.C. § 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

New Case? ☐ Yes ☒ No  
New Defendant? ☐ Yes ☒ No  
Case Number: **21-CR-102-CVE**  
Defendant Number: **4**

| ACCUSATORY INSTRUMENT INFORMATION: | DEFENDANT INFORMATION: |
|---|---|
| Type: **INDICTMENT**<br>Level: ☐ Petty ☐ Misdemeanor ☒ Felony<br>Superseding? ☒ Yes ☐ No<br>Is it to be sealed? ☐ Yes ☒ No<br>Place of offense: **NDOK**<br>County in which first offense occurred:<br>**Delaware County, OK**<br>Name and office of person furnishing information on this form:<br>**Kortni Barton, Legal Asst.**<br>☒ U.S. Attorney ☐ Other Agency<br>Name of assistant U.S. attorney:<br>**Thomas E. Duncombe**<br>Name of complainant agency, or person (& title, if any):<br>**Billy J. Stites, DEA** | Name: **Shauni Breanne Callagy**<br>Address: **26371 S. 650 Road**<br>City/State/Zip: **Grove, OK 74344**<br>Date of Birth: **08/3/1990**<br>SSN: **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**<br>Juvenile? ☐ Yes ☒ No<br>Gender: ☒ Female ☐ Male<br>Alien Status: ☐ Alien ☒ Not Alien<br>Interpreter Required? ☐ Yes ☒ No ☐ Unknown<br>IF YES, list language and/or dialect: |
| PROCEEDING:<br>☐ Person is awaiting trial in the following court:<br>☐ Person/proceeding transferred from another district:<br>per FRCrP ☐ 20 ☐ 21 ☐ 40<br>District:<br>☐ This is prosecution of charges previously dismissed<br>on the motion of ☐ Defense ☐ U.S. Attorney<br>under case number:<br>☐ Prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under case number:<br>List any other related cases:<br>☐ This report amends the AO257 previously submitted. | DEFENDANT:<br>☒ IS NOT IN CUSTODY and:<br>☐ Has not been arrested, pending outcome of this proceeding<br>☐ Is a fugitive<br>☒ Is on bail or release from the following district:<br>**NDOK**<br>☐ IS IN CUSTODY:<br>☐ On this charge<br>☐ On another conviction: ☐ State ☐ Federal<br>☐ Awaiting trial on other charges: ☐ State ☐ Federal<br>If on another conviction or awaiting trial on other charges, show name of institution:<br>Detainer filed? ☐ No ☐ Yes → Date filed:<br>Date of arrest:<br>Or, if arresting agency & warrant were not Federal, provide date transferred to U.S. custody: |

U.S.C. CITATION/OFFENSE CHARGED: COUNT 1: 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy; COUNTS 2 and 3: 21 U.S.C. §§ 856(a)(1) and 856(b) – Maintaining a Drug-Involved Premises; COUNT 8: 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy; 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 – Drug and Racketeering Forfeiture

LEVEL OF OFFENSE: COUNTS 1 through 3 and 8: Felony

*TED*

DATE OF OFFENSE: COUNTS 1 through 3: Beginning as early as in or about September 2020 and continuing until on or about October 10, 2020; COUNT 8: Beginning on or about May 31 and continuing until on or about June 1, 2019

PENALTIES: COUNTS 1 and 8: Not less than 10 years imprisonment or more than life imprisonment, a fine not to exceed $10,000,000, at least 5 years supervised release; COUNTS 2 and 3: Not more than 20 years imprisonment, a fine not to exceed $500,000, not more than 3 years supervised release

SMA: $100 per count

AO257 (USAO Rev 04/21)                                                18 U.S.C. § 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

New Case? ☐ Yes ☒ No        Case Number: **21-CR-102-CVE**
New Defendant? ☒ Yes ☐ No     Defendant Number: **5**

**ACCUSATORY INSTRUMENT INFORMATION:**

Type: **INDICTMENT**
Level: ☐ Petty ☐ Misdemeanor ☒ Felony
Superseding? ☒ Yes ☐ No
Is it to be sealed? ☐ Yes ☒ No
Place of offense: **NDOK**
County in which first offense occurred:
**Delaware County, OK**
Name and office of person furnishing information on this form:
**Kortni Barton, Legal Asst.**
☒ U.S. Attorney ☐ Other Agency
Name of assistant U.S. attorney:
**Thomas E. Duncombe**
Name of complainant agency, or person (& title, if any):
**Billy J. Stites, DEA**

**DEFENDANT INFORMATION:**

Name: **Renee Lynn Haynes**
Address: **UNKNOWN**
City/State/Zip: **UNKNOWN**
Date of Birth: **09/15/1981**
SSN: **UNKNOWN**
Juvenile? ☐ Yes ☒ No
Gender: ☒ Female ☐ Male
Alien Status: ☐ Alien ☒ Not Alien
Interpreter Required? ☐ Yes ☒ No ☐ Unknown
IF YES, list language and/or dialect:

**PROCEEDING:**

☒ Person is awaiting trial in the following court:
**Ottawa County District Court CF-2021-81A**
☐ Person/proceeding transferred from another district:
per FRCrP ☐ 20 ☐ 21 ☐ 40
District:
☐ This is prosecution of charges previously dismissed
on the motion of ☐ Defense ☐ U.S. Attorney
under case number:
☐ Prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under case number:

List any other related cases:

☐ This report amends the AO257 previously submitted.

**DEFENDANT:**

☐ IS NOT IN CUSTODY and:
   ☐ Has not been arrested, pending outcome of this proceeding
   ☐ Is a fugitive
   ☐ Is on bail or release from the following district:

☒ IS IN CUSTODY:
   ☐ On this charge
   ☐ On another conviction: ☐ State ☐ Federal
   ☒ Awaiting trial on other charges: ☒ State ☐ Federal
If on another conviction or awaiting trial on other charges, show name of institution: **Ottawa County Jail**
Detainer filed? ☐ No ☐ Yes → Date filed:
Date of arrest:
Or, if arresting agency & warrant were not Federal, provide date transferred to U.S. custody:

---

U.S.C. CITATION/OFFENSE CHARGED: **COUNT 9: 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) – Possession of Methamphetamine with Intent to Distribute; COUNT 10: 18 U.S.C. § 1952(a)(3) – Interstate Travel to Aid Racketeering; 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 – Drug and Racketeering Forfeiture**

LEVEL OF OFFENSE: **COUNTS 9 and 10: Felony**

*TED*

DATE OF OFFENSE: **COUNT 9: On or about March 21, 2021; COUNT 10: Beginning on or about March 18, 2021, and continuing to on or about March 21, 2021**

PENALTIES: **COUNT 9: Not more than 20 years imprisonment, a fine not to exceed $1,000,000, at least 3 years supervised release; COUNT 10: Not more than 5 years imprisonment, a fine not to exceed $250,000, not more than 3 years supervised release**

SMA: **$100 per count**