IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-102-CVE-1 |
| WILLIAM DONOVAN JOHNSON, III, | |
| Defendant. | |

**Motion of the United States for a Forfeiture Money Judgment**

The United States of America, by undersigned counsel, requests the entry of a forfeiture money judgment for the reasons set forth below.

On August 8, 2022, Defendant William Donovan Johnson, III pled guilty to the drug conspiracy charged in the Information (Dkt. # 333). Dkt. # 348.  As part of his Plea Agreement, and pursuant to 21 U.S.C. § 853, Johnson agreed to the entry of a $227,072.89 forfeiture money judgment, representing proceeds the defendant obtained, directly or indirectly, as a result of such offense. Dkt. # 353, at 6-7.

The entry of a forfeiture money judgment is authorized by Rule 32.2 of the Federal Rules of Criminal Procedure, and as the forfeiture consists of only a money judgment, no ancillary proceeding is required.

The United States requests that the Court enter a forfeiture money judgment in the amount of $227,072.89 against Johnson, III.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

/s/ *Reagan V. Reininger*
REAGAN V. REININGER, OBA #22326
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma   74119
Telephone:   918.382.2700
Email:   reagan.reininger@usdoj.gov

## Certificate of Service

I hereby certify that on August 18, 2022, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

/s/ *Mari-Jean Ogle*
MARI-JEAN OGLE, Paralegal
