IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-CR-102-CVE-1 |
| | ) |
| WILLIAM DONOVAN JOHNSON, III, | ) |
| | ) |
| Defendant. | ) |

### FORFEITURE MONEY JUDGMENT

Now before the Court is the motion of the United States for a forfeiture money judgment (Dkt. # 366). Based upon defendant William Donovan Johnson, III's guilty plea, plea agreement, and the record, and pursuant to 21 U.S.C. § 853, a forfeiture money judgment shall be entered in the amount of $227,072.89, representing proceeds defendant obtained, directly or indirectly, as a result of the drug offense. The entry of the forfeiture money judgment shall be made part of defendant's sentence and included in the judgment.

**IT IS THEREFORE ORDERED** that, pursuant to 21 U.S.C. § 853, the motion of the United States for a forfeiture money judgment (Dkt. # 366) is **granted**, and a forfeiture money judgment in the amount of $227,072.89 is hereby entered against defendant William Donovan Johnson, III.

**DATED** this 18th day of August, 2022.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE